**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In the matter of<br>**AARON JUILLERAT**<br>**LEIGHA JUILLERAT**<br><br>Debtor(s) | Case No. **05-22957**<br>Chapter 7<br>Judge **Jeffery P. Hopkins** |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$1,218.07 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| CITIBANK (USA). N.A.<br>DBA: Tractor Supply<br>PO Box 9025<br>Des Moines, IA 50368 | 13 | $461.97 |
| CITIBANK (USA). N.A.<br>DBA: the home depot<br>PO Box 9025<br>Des Moines, IA 50368 | 14 | $756.10 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $1,218.07 |

Dated:   1/6/2010                                      /s/ GEORGE LEICHT
                                                       _____
                                                       George Leicht

cc: U.S. Trustee